UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL McCUNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISION FS, INC. dba DENNY'S #7381, et al.,<br><br>　　　　Defendants. | No.  CIV. S-14-0040 LKK/CKD<br><br><br>**ORDER** |

　　This matter is set for status conference on March 3, 2014. Defendants have not yet appeared in the action and their responses are not due until after the time set for status conference.

　　Accordingly, good cause appearing, IT IS HEREBY ORDERED that the initial status conference set for March 3, 2014 is reset to April 14, 2014 at 1:30 p.m.  All parties shall file further status reports not later than fourteen days prior to that date. Plaintiff shall serve a copy of this order on defendants Vision FS, Inc., George B. Lott, and Nina A. Lott.[1]

---

[1] On January 21, 2014, plaintiff filed a notice of voluntary dismissal as to

1

DATED: February 27, 2014.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

defendant Trident Property Management Co.

2