1  SCOTTLYNN J HUBBARD IV, SBN 212970
   DISABLED ADVOCACY GROUP, APLC
2  12 Williamsburg Lane
   Chico, CA 95926
3  Telephone: (530) 895-3252
   Facsimile: (530) 894-8244
4  Email: USDCEast@HubsLaw.com

5  Attorney for Plaintiff

6  KATHERINE L. POHL, SBN 288288
   ROGERS JOSEPH O'DONNELL
7  311 California Street, 10th Floor
   San Francisco, CA 94104
8  Telephone: (415) 956-2828
   Facsimile: (415) 956-6457
9  Email: kpohl@rjo.com

10 Attorney for Defendants

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael McCune, | Case No. 2:14-cv-00040-LKK-CKD |
| Plaintiff, | |
| vs. | **Joint Stipulation for Dismissal and Order Thereon** |
| Vision F.S., Inc., et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Michael McCune, and defendants, Vision F.S., Inc. dba Denny's #7381; George B. Lott, Trustee of the George B. and Nina A. Lott Revocable Trust, Under Declaration of Trust, Executed September 8, 2008; and Nina A. Lott, Trustee of the George B. and Nina A. Lott Revocable Trust, Under Declaration of Trust, Executed September 8, 2008, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: June 30, 2014          DISABLED ADVOCACY GROUP, APLC


                               /s/   Scottlynn J Hubbard           /
                              SCOTTLYNN J HUBBARD IV
                              Attorney for Plaintiff


Dated: June 30, 2014          ROGERS JOSEPH O'DONNELL


                               /s/  Katherine L. Pohl              /
                              KATHERINE L. POHL
                              Attorney for Defendants


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:14-cv-00040-LKK-CKD, is dismissed with prejudice in its entirety.

Dated: July 9, 2014.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

Joint Stipulation for Dismissal and                    McCune v. Vision F.S., Inc., et al.
Order Thereon                                          Case No. 2:14-cv-00040-LKK-CKD

Page 2